IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:21cr190-MHT
                            )              (WO)
KAMBRIA SYMONE ROBINSON     )
```

## ORDER

Upon consideration of defendant Kambria Symone Robinson's motion for early termination of probation, her successful compliance with all terms of her probation, and her representation that the supervising probation officer and the government both consent to the motion, it is ORDERED that:

(1) The motion for early termination of probation (Doc. 1326) is granted.

(2) Defendant Kambria Symone Robinson's probation is terminated effective immediately, and she is discharged.

DONE, this the 11th day of September, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**