IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )      2:21cr190-MHT
                            )         (WO)
KAMBRIA SYMONE ROBINSON     )
```

ORDER

Upon consideration of defendant Kambria Symone Robinson's motion to seal her conviction (Doc. 1335), and the government's response to the motion (Doc. 1340), it is ORDERED that the defendant's motion is denied, because the court is unaware of any authority that would allow it to seal the conviction.

DONE, this the 28th day of June, 2024.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE